■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN WHITE, Appellant. [903 NYS2d 298]—Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Kings County (Di Mango, J.), both imposed December 16, 2008, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Fisher, Miller, Leventhal and Austin, JJ., concur.